No. 96–184. LIFE INSURANCE COMPANY OF GEORGIA v. JOHNSON. Sup. Ct. Ala. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *BMW of North America, Inc.* v. *Gore,* 517 U. S. 559 (1996).

No. A–167 (96–555). REHMAN v. ECC INTERNATIONAL CORP. ET AL. Sup. Ct. Fla. Application for stay, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. A–208 (96–340). VAUGHN v. OHIO MEDICAL BOARD. Sup. Ct. Ohio. Application for stay, addressed to JUSTICE THOMAS and referred to the Court, denied.

No. A–254. MCVICAR, WARDEN v. GRIFFIN. C. A. 7th Cir. Application to recall the mandate, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. D–1718. IN RE DISBARMENT OF LARENE. Disbarment entered. [For earlier order herein, see 518 U. S. 1046.]

No. D–1730. IN RE DISBARMENT OF MEKLER. Arlen B. Mekler, of Wilmington, Del., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1731. IN RE DISBARMENT OF BROWN. Warren Ernest Brown, of Lafayette, La., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.